IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01677-PAB-MEH

ROSIE LOPEZ,

      Plaintiff,

v.

UNIVERSAL FIDELITY LP,
a Texas limited partnership,

      Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal with

Prejudice [Docket No. 14].  The Court has reviewed the pleading and is fully advised in

the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims

asserted therein, is dismissed with prejudice, with each party to bear its own attorneys'

fees and costs.

DATED May 6, 2009.

BY THE COURT:


s/Philip A. Brimmer_____
PHILIP A. BRIMMER
United States District Judge